```
U.S. DISTRICT COURT - N.D. OF N.Y.
        FILED
        AUG 3 1 2012
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

UNITED STATES OF AMERICA

Case No. 8:12-CR-24 (GTS)

v.

ROLANDO DUARTE,

**Defendant.**

*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 8:12-CR-24 (GTS) against defendant Rolando Duarte.

The reasons for this dismissal are:

\_\_ Case transferred to another District

\_\_ Speedy Trial Act

\_\_ Defendant's cooperation

_X_ Insufficient evidence at this time

\_\_ Other:

With respect to this dismissal, the defendant (check one):

_X_ Consents

\_\_ Objects

\_\_ Has not been consulted

This dismissal is without prejudice.

>                    RICHARD S. HARTUNIAN
>                    United States Attorney
>
> By:                /s/ John D. Cooke
>                    Assistant U.S. Attorney
>                    Bar Roll No. 516682

Leave of court is granted for the filing of the foregoing dismissal.

Dated: 8/31/12
Syracuse, New York

Hon. Glenn T. Suddaby
United States District Court Judge